D /F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

TWO TREES MANAGEMENT CO. LLC,

    Defendant.

ECF CASE

No.: 1:18-cv-4618 (NGG)(RER)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing its own fees and costs.

Dated: March 26 2019
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: March 26 2019
New York, New York

_____
Daniella Adler
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022-3298
dadler@littler.com
212.583.9600
*Attorneys for Defendant*

s/Nicholas G. Garaufis

3/26/19